IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-CV-2401 (RPM) (MJW)

JASON C. FREDERICK

    Plaintiff,

KAISER PERMANENTE and RSKCO CLAIMS SERVICES, as subrogee for JASON C. FREDERICK,

    Plaintiff-Intervenor,

v.

PHILIPS MEDICAL SYSTEMS (CLEVELAND), INC., an Ohio corporation,

    Defendant.

---

**ORDER RE PLAINTIFF'S MOTION TO CLARIFY MINUTE ORDER ENTERED BY SENIOR DISTRICT JUDGE RICHARD MATSCH DATED JULY 6, 2005**

---

THIS MATTER, having come before the Court on Plaintiff's Motion to Clarify Minute Order Entered By Senior District Judge Richard Matsch Dated July 6, 2005, and the Court having reviewed the Motion, any responses thereto, and being otherwise fully advised,

IT IS ORDERED that the Plaintiff's Motion to Clarify Minute Order Entered By Senior District Judge Richard Matsch Dated July 6, 2005 is GRANTED. Plaintiff's Fed.R.Civ.P. Rule 26(a)(2) disclosures are stayed until the hearing on July 14, 2005, so that the Court can fully address Plaintiff's Rule 72 Objections as that hearing.

DONE this 8 day of July, 2005.

BY THE COURT:

*[signature]*
Judge Richard P. Matsch