IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   03-cv-02401-RPM-MJW

JASON C. FREDERICK,

        Plaintiff,

v.

KAISER PERMANENTE and
RSKCO CLAIMS SERVICES, as subrogee for
JASON C. FREDERICK,

        Plaintiff-Intervenor,

v,

PHILIPS MEDICAL SYSTEMS (CLEVELAND), INC.,
an Ohio corporation,

        Defendant.

_____

ORDER APPROVING STIPULATION AMENDING SCHEDULING ORDER AND ORDER
VACATING ORDER OF REFERENCE
_____

        The parties having submitted a stipulation on July 13, 2005, resolving their dispute outlined in the plaintiff's objections to the order of Magistrate Judge Watanabe dated June 30, 2005, and the Court having determined that any future discovery issues will be resolved directly without further reference to Magistrate Judge Watanabe, it is

        ORDERED that the Order of Reference to Magistrate Judge Watanabe is vacated and it is

FURTHER ORDERED that the stipulation is approved and the times established in the Scheduling Order are amended accordingly and it is

FURTHER ORDERED that the parties shall report the status of this matter to the Court following their efforts at mediation.

Dated:   July 14th, 2005

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge