IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-CV-2401 (RPM) (MJW)

JASON C. FREDERICK

    Plaintiff,

KAISER PERMANENTE and RSKCO CLAIMS SERVICES, as subrogee for
JASON C. FREDERICK,

    Plaintiff-Intervenor,

v.

PHILIPS MEDICAL SYSTEMS (CLEVELAND), INC., an Ohio corporation,

    Defendant.

_____

## ORDER RE STIPULATED MOTION TO DISMISS
_____

THIS COURT, upon receipt of the Joint Stipulated Motion to Dismiss with Prejudice, and having considered the law and the file, hereby Orders that the above-styled action of Plaintiff Jason C. Frederick and Plaintiff-Intervenor Kaiser Permanente and RSKCO Claims Services, as subrogee for Jason C. Frederick, against Defendant Philips Medical Systems (Cleveland), Inc., be and the same hereby is DISMISSED WITH PREJUDICE, each party to bear his or its own costs, expenses, and attorneys' fees.

DATED: October 19, 2005

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____

                                      Richard P. Matsch, Senior Judge